954

No. 699. SING KEE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Menahem Stim* and *Allen S. Stim* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 700. DEAN ET AL. *v.* JELSMA. Supreme Court of Oklahoma. Certiorari denied. *Richard J. Spooner* for petitioners. *Charles Hill Johns* for respondent.

No. 702. RANDALL *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Herbert Fishbone* for petitioner.

No. 705. RIGGALL *v.* WASHINGTON COUNTY MEDICAL SOCIETY ET AL. C. A. 8th Cir. Certiorari denied. *James R. Hale* for petitioner. *Eugene R. Warren* for respondents.

No. 708. SNIDER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. *O. P. Easterwood, Jr.* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *C. F. Hicks,* Assistant Attorney General, for respondent.

No. 710. RUCKER ET AL. *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Monroe G. Marks* for petitioners. *John T. Corrigan* for respondent.

No. 715. WALKER *v.* BROWN, TRIAL JUSTICE. Supreme Court of Appeals of Virginia. Certiorari denied. *George C. Rawlings, Jr.* for petitioner.